THOMAS ANSELL ET AL., PLAINTIFFS v. JULIA GER-
TRUDE LYLE-SAMUEL, DEFENDANT.

Argued January 20, 1931—Decided February 3, 1931.

Before Justices CASE, DALY and DONGES.

For the motion, *McCarter & English.*

*Contra, Treacy & Treacy* and *Merritt Lane.*

PER CURIAM.

This is a motion by plaintiffs for a further bill of particulars.

Defendant answered the complaint on October 9th, 1929. On December 27th, 1929, plaintiffs demanded a bill of particulars, which was answered on March 18th, 1930. On April 5th, 1930, plaintiffs filed their reply; on April 24th, 1930, defendant's rejoinder was filed; and on April 30th, 1930, plaintiffs' sur-rejoinder was filed. Thereafter, plaintiffs gave notice of a motion before Mr. Justice Parker for a further bill of particulars, which was, on June 30th, 1930, denied, without prejudice to the application to the court *in banc.*

The precise question here inolved was decided in *Dixon* v. *Swenson,* 101 *N. J. L.* 22, where it was held "that the filing of the answer was a waiver of the right to have a further bill of particulars." We conclude that the filing of the plaintiffs' reply was a waiver of the right to have a further bill of particulars.

The motion is denied, with costs.